IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA PITTS, individually, and on behalf of her minor daughters Morgan Pitts, Ashley Pitts, Emily Pitts, Makenna Pitts, Katelyn Pitts, and Keira Pitts;<br><br>Plaintiff,<br><br>vs.<br><br>ELKHORN PUBLIC SCHOOL DISTRICT, et al.,<br><br>Defendants. | 8:25CV669<br><br>ORDER |

The above-captioned action was randomly assigned to the undersigned magistrate judge for final disposition, and a motion to dismiss has now been filed. Unless all parties consent to final disposition by a magistrate judge, the undersigned cannot enter a ruling on the pending motion. If the parties do not so consent, the case will be reassigned to a district judge.

Accordingly,

IT IS ORDERED that to avoid any delays in this case,

1) If the parties consent to final disposition of the case by the undersigned magistrate judge, on or before December 17, 2025, they shall complete the "CONSENT TO RANDOM ASSIGNMENT TO MAGISTRATE JUDGE" located on the court's website at http://www.ned.uscourts.gov/forms/. After all parties have signed this form, e-mail it in .pdf format to clerk@ned.uscourts.gov. Do not electronically file this form or submit it to chambers.

2)      In the absence of timely submitting the fully executed consent form in accordance with paragraph (1) of this order, the case will be reassigned to a district judge.

Dated this 26th day of November, 2025.

                                         BY THE COURT:

                                         s/ Ryan C. Carson  
                                         United States Magistrate Judge