IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA PITTS, individually, and on behalf of her minor daughters Mo.P., A.P., E.P., Ma.P., Ka.P., and Ke.P.;<br><br>    Plaintiff,<br><br>vs.<br><br>ELKHORN PUBLIC SCHOOL DISTRICT, BARY HABROCK, in his official and individual capacity; CINDY GRAY, in her official and individual capacity; BRITTANY SIDDERS, in her official and individual capacity; LAURINDA PETERSEN, in her official and individual capacity; BRIAN MAHER, in his official and individual capacity; KEVIN POTTER, in his official and individual capacity;  CITY OF OMAHA, NEBRASKA DEPARTMENT OF EDUCATION, AMY PARKS, in her official and individual capacity; NANCY ROGIC-GREUFE, in her official and individual capacity; RENEE VOKT, in her official and individual capacity; SCOT RINGENBERG, in his official and individual capacity; CHUCK BURNEY, in his official and individual capacity; JENNIFER SHATEL, in her official and individual capacity; MARK WORTMAN, in his official and individual capacity; ELKHORN PUBLIC SCHOOL BOARD, and UNKNOWN DEFENDANTS,<br><br>    Defendants. | 8:25CV669<br><br><br>**ORDER** |

Fed. R. Civ. P. 5.2 and NECivR 5.3 govern privacy of filings made with the court. Pursuant to Fed. R. Civ. P. 5.2(a) court filings that contain the name of an individual known to be a minor may only identify the minor through their initials.

To ensure public access to filings, all filings containing the names of individuals known to be minors will be restricted and the parties will be ordered to correct the docket filings as set forth below.

Accordingly,

IT IS ORDERED:

1. On or before December 5, 2025, Plaintiff shall file a redacted version of the complaint as provided by Fed. R. Civ. P. 5.2(d) & (f). The unredacted complaint will be restricted and shall be limited to case participants pursuant to NECivR 5.3.
2. The Motion to Dismiss and supporting documents (Filing Nos. 3, 4, and 5) are stricken and may be refiled to ensure compliance with Fed. R. Civ. P. 5.2.
3. The Clerk of the District Court shall restrict the following filings to case participants as they contain the full names individuals known to be minors: Filing Nos. 1, 3, 4, 5, 6, and 7.
4. The Clerk of the District Court shall update the docket to include only the minors' initials as listed in the caption of this order.
5. Counsel for the parties shall review Fed. R. Civ. P. 5.2 and NECivR 5.3 and ensure all future filings comply with the applicable rules.
6. Plaintiff shall serve a copy of this order on any defendants who have not yet appeared or filed a response to the complaint in this court.

Dated this 3rd day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge